# United States Bankruptcy Court

Eastern District Of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−09−43985−dem |
| Nachman Y. Vitriol and Rachel Vitriol | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−6240            xxx−xx−6072 | |
| DEBTOR(s) | |

## SUMMARY OF PLAN

To the debtor(s), creditors and other parties in interest:

Following is a summary of the plan filed by the above−named debtor(s) on May 15, 2009:

Monthly: $51.96. Together will all tax refunds for the next three years.

Months: 36

Priority: 100%

Secured: See Plan

Unsecured: See Plan

The plan may be reviewed at the Clerk's Office during normal business hours. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date set for the hearing on confirmation of the plan. If no timely objections are filed, the plan may be deemed to be have been filed in good faith.

Dated: May 18, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLsop** [Summary of Plan rev. 07/21/03]

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: fharrigan              Page 1 of 1          Date Rcvd: May 18, 2009
Case: 09-43985                Form ID: 170                 Total Served: 19
```

The following entities were served by first class mail on May 20, 2009.
```
db/jdb     +Nachman Y. Vitriol,   Rachel Vitriol,   2 Throop Ave.,   Apt. #4,   Brooklyn, NY 11206-2931
aty        +Joshua N Bleichman,   Bleichman & Klein,   268 Route 59,   Spring Valley, NY 10977-5448
tr         +Michael J. Macco,   135 Pinelawn Road,   Suite 120 South,   Melville, NY 11747-3153
smg        +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
             Brooklyn, NY 11201-1820
6205026    +ADVANTA,   PO BOX 30715,   Salt Lake City, UT 84130-0715
6205027    +AMEX,   POB 297812,   Fort Lauderdale, FL 33329-7812
6205028     AMEX,   PO Box 2855,   New York, NY 10116-2855
6205029    +Bank of America,   P.O Box 15726,   Wilmington, DE 19886-5726
6205030    +Bank of America,   POB 17054,   Wilmington, DE 19884-0001
6205036    +CITI Cash ReturnsMC,   PO BOX 6062,   Sioux Falls, SD 57117-6062
6205032     Chase,   P.O.Box 15153,   Wilmington, DE 19886-1194
6205031     Chase,   PO Box 15298,   Wilmington, DE 19850-5298
6205033    +Citi,   POB 6241,   Sioux Falls, SD 57117-6241
6205034    +Citi Bank,   399 Park Ave,   New York, NY 10022-4699
6205035     Citi Bank,   PO Box 769004,   San Antonio, TX 78245-9004
6205039    +RBS Citizen, NA,   1000 Lafayette Blvd.,   Bridgeport, CT 06604-4725
6205040    +RBS MasterCard Platinum,   PO Box 7092,   Bridgeport, CT 06601-7092
```

The following entities were served by electronic transmission on May 18, 2009.
```
6205038        E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2009 19:03:29      Discover,   P.O.Box 15251,
                 Wilmington, DE 19886-5251
6205037        E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2009 19:03:29      Discover,   PO Box 71084,
                 Charlotte, NC 28272-1084
                                                                                                      TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, **Joseph Speetjens**, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 20, 2009**                    **Signature:** _Joseph Speetjens_