# SWEENEY, GALLO, REICH & BOLZ, LLP
ATTORNEYS AT LAW
95-25 QUEENS BOULEVARD
SIXTH FLOOR
REGO PARK, NEW YORK 11374
(718) 459-9000
FAX: (718) 459-0999

GERARD J. SWEENEY

DAVID A. GALLO
MICHAEL H. REICH
FRANK A. BOLZ III

JOHN W. STEIGLER*
ROSEMARIE A. KLIE
RASHEL M. MEHLMAN
JOHN WOLTHOFF
& CT. BAR
MELANIE A. SWEENEY
ERIC S. SHEIDLOWER
CHRISTOPHER A. XUEREB
ROBERT M. LINK

REPLY TO: REGO PARK

COUNSEL
MINDY J. TREPEL

LONG ISLAND OFFICE
21 Locust Street
Manhasset, New York 11030

*MEMBER OF N.Y.

<u>**VIA ECF & E-MAIL**</u>

May 5, 2011

Honorable Carla E. Craig
U.S. Bankruptcy Court, Eastern District of N.Y.
271 Cadman Plaza East
Courtroom 3529
Brooklyn, New York 11201

RE: Debtor: Vitriol, Nachman & Rachel
Chapter 13 Case No. : 09-43985

Dear Chief Judge Craig:

Please accept this correspondence as CitiMortgage Inc.'s formal withdrawal of its motion for relief from the automatic stay (#37), without prejudice, with regard to the premises, 2 Throop Avenue, Unit 4B, Brooklyn, New York 11206, which was originally returnable on February 24, 2011, and was subsequently adjourned first to March 15, 2011, then to April 12, 2011, and currently to May 26, 2011.

I understand that the matter will remain on the May 26, 2011 calendar at 11 a.m. to resolve the remaining issues associated with the motion.

Thank you for your courtesies and cooperation herein.

Respectfully submitted,

Eric S. Sheidlower